IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

JOHN DEE WALKER, #23826077              §

VS.                                     §               CIVIL ACTION NO. 5:05cv121

F.C.I. WARDEN                           §

ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court referred the above-entitled and numbered civil action to United States

Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the

Magistrate Judge's Report, containing proposed findings of fact and recommendations for

disposition of this case.  Petitioner filed objections to the Report.

        This Court made a *de novo* review of Petitioner's objections and determined that they

lack merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct,

and adopts them as the Court's findings and conclusions.  The Court therefore

        **ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**; and

        **ORDERS** that all motions not previously ruled on are denied.

         **SIGNED this 16th day of August, 2005.**


                                        _____
                                        DAVID FOLSOM
                                        UNITED STATES DISTRICT JUDGE